IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JALYSSA HARLAN,<br><br>　　　　　　Defendant. | 8:20CR203<br><br>ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION |

　　　　The defendant appeared before the Court on September 9, 2025 regarding Second Amended Petition for Offender Under Supervision [137]. Damilola Oluyole represented the defendant. Kathryn Pflug represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

　　　　The government made an oral motion to dismiss Amended Petition for Offender Under Supervision [126]. The government's oral motion to dismiss Amended Petition for Offender Under Supervision [126] is granted without objection.

　　　　The defendant is being released pending a final dispositional hearing. Therefore, the defendant does not have a right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds the petition sets forth probable cause to believe the defendant violated the terms of supervised release. The defendant shall appear personally for a final dispositional hearing before Chief U.S. District Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:30 a.m. on October 22, 2025.

　　　　The government did not move for detention. The defendant shall be released on the current terms and conditions of supervision to include obtaining an updated or amended evaluation and following all recommendations and maintaining employment. Defendant shall have completed the evaluation, participate in recommended treatment, and secure and maintain employment within thirty (30) days. Probation to provide an update to the court and counsel concerning progress.

　　　　**IT IS SO ORDERED**.

　　　　Dated this 9th day of September, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge