**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

**UNITED STATES OF AMERICA,**

**Plaintiffs,**

**vs.**

**JALYSSA HARLAN,**

**Defendant.**

**8:20CR203**

**ORDER**

This matter comes before the Court on the Defendant's Unopposed Motion to Reconsider Detention (Filing No. 172). Having considered the motion, and for good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Reconsider Detention (Filing No. 172) is granted as follows:

1. The Defendant, Jalyssa Harlan, shall be released from the custody of the U.S. Marshal Service on Thursday, September 17, 2026, no later than 10:00 a.m., into the direct custody and care of Nebraska Urban Indian Health Coalition (NUIHC) transport personnel;
2. The U.S. Marshal Service shall provide the Defendant with a 30-day supply of any current medications upon release;
3. The Defendant shall enroll in, remain in, and participate in the inpatient treatment program at Nebraska Urban Indian Health Coalition in Omaha, Nebraska, and shall obey all rules and requirements of that program;
4. The Defendant shall abide by all conditions of supervised release previously imposed by this Court, as modified herein;
5. Any violation of the terms of this Order or the conditions of the treatment program may result in revocation of release and return to detention.

Dated this 16th day of September, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge